**STATE of Missouri, Respondent,**

v.

**John W. HARDY, Appellant.**

**No. ED 76827.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 26, 2000.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 30, 2000.

Application for Transfer Denied
Dec. 5, 2000.

Dave Hemingway, Asst. Sp. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen L. Kramer, Asst. Atty. Gen., Jefferson City, for respondent.

Before LAWRENCE E. MOONEY, P.J., and PAUL J. SIMON and SHERRI B. SULLIVAN, JJ.

### ORDER

PER CURIAM.

John W. Hardy, defendant, appeals the judgment and sentence entered upon his conviction by a jury of stealing over $150, pursuant to Section 570.030 RSMo 1994. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would have no precedential value. We have, however provided a memorandum for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).